# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ROSIE THE ROOFER LLC, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01049-AWI-EPG<br><br>**ORDER TERMINATING NATIONAL ROOFING INDUSTRY PENSION PLAN AS PLAINTIFF ON THE DOCKET**<br><br>(ECF No. 6) |

On October 18, 2017, National Roofing Industry Pension Plan filed a notice to dismiss without prejudice its claims in this action against Defendants Rosie the Roofer LLC, Fidelity and Deposit Company of Maryland, and Does 1 through 50. (ECF No. 6.) Thus, the claims of National Roofing Industry Pension Plan are dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to terminate NATIONAL ROOFING INDUSTRY PENSION PLAN on the docket as a plaintiff.

IT IS SO ORDERED.

Dated: **October 19, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1