# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROSIE THE ROOFER LLC, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01049-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 8) |

On November 2, 2017, Board of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund, and Roofers Local 27 Apprenticeship Training Fund filed a request for dismissal of this action without prejudice against all defendants, Rosie the Roofer LLC, Fidelity and Deposit Company of Maryland, and Does 1 through 50. (ECF No. 8.) Thus, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **November 3, 2017**  /s/ Erica P. Grosjean
                           UNITED STATES MAGISTRATE JUDGE

1